In re:                                                          Case No. 19-04382-HWV
Dung Trung Duong                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: Christoph          Page 1 of 2          Date Rcvd: Dec 09, 2019
                              Form ID: ntcnfhrg        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
```
db           +Dung Trung Duong,   4226 Prosperous Drive,   Harrisburg, PA 17112-6000
cr            Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   PO Box 280948,
               Harrisburg, PA 17128-0938
5257156     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
5270079      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5257157      +Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
5257159      +EBF PARTNERS, LLC,   ARIEL BOUSKILA ESQ,   40 EXCHANGE PL STE 1306,   NEW YORK, NY 10005-2743
5257162       ITRIA VENTURES LLC,   RAYMOND WENDOLOWSKI JR,   STE 2200 GULF TOWER,   PITTSBURGH, PA 15219
5257163      +KML LAW GROUP OC,   STE 5000 701 MARKET STREET,   PHILADELPHIA, PA 19106-1541
5257164      +LG FUNDING LLC,   GENE W ROSEN ESQ,   147-10 77TH AVENUE,   KEW GARDENS HILLS, NY 11367-3124
5257165      +M & T Bank Mortgage,   Po Box 900,   Millsboro, DE 19966-0900
5257166       M&T BANK,   PO BOX 9000,   MILLSBORO, DE 19966
5257167      +MICHAEL & TU ANH NGUYEN,   JOSEPH QUINONES ESQ,   112 MARKET ST 6TH FLOOR,
               HARRISBURG, PA 17101-2015
5257169      +PNC BANK,   2730 LIBERTY AVENUE,   PITTSBURGH, PA 15222-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5267128      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 09 2019 19:52:15     COMMONWEALTH OF PA  UCTS,
               DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 925,
               HARRISBURG, PA 17121-0751
5258842       E-mail/Text: mrdiscen@discover.com Dec 09 2019 19:51:02     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
5257158      +E-mail/Text: mrdiscen@discover.com Dec 09 2019 19:51:02     Discover Fin Svcs Llc,   Pob 15316,
               Wilmington, DE 19850-5316
5259631       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2019 19:55:22     First Data Global Leasing,
               by American InfoSource as agent,   PO Box 4457,   Houston, TX 77210-4457
5257161       E-mail/Text: cio.bncmail@irs.gov Dec 09 2019 19:51:09     IRS,   PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
5257168       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2019 19:51:30     PA DEPT OF REVENUE,
               BANKRUPTCY DIVISION,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5265936      +E-mail/Text: colleen.atkinson@rmscollect.com Dec 09 2019 19:52:13
               Patient First c/o Receivables Management Systems,   PO Box 73810,
               North Chesterfield, VA 23235-8047
5257170      +E-mail/Text: colleen.atkinson@rmscollect.com Dec 09 2019 19:52:13     Receivable Management,
               Pob 17305,   Richmond, VA 23226-7305
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +COMMONWEALTH OF PA - UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
               651 BOAS ST, ROOM 925,   HARRISBURG, PA 17121-0751
5257160     ##+HIGH SPEED CAPITAL LLC,   30 BROAD STREET,   14TH FL STE 1462,   NEW YORK, NY 10004-2906
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              Charles E. Petrie    on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Jenna Anne Ratica    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Dung Trung Duong,<br>dba D–Nails, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–04382–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 9, 2019 |

ntcnfhrg (03/18)