UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUNG TRUNG DUONG d/b/a D-NAILS<br>    Debtor | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| DUNG TRUNG DUONG d/b/a D-NAILS<br>    Respondent | : | CASE NO. 1-19-bk-04382 |

## OBJECTION TO DEBTOR'S AMENDED EXEMPTIONS

AND NOW, this 13th day December, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. §522(d)(5).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

                                  Respectfully submitted,

                                  Charles J. DeHart, III
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717)566-6097

            BY:        /s/James K. Jones
                                  Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 13th day December, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Petrie, Esquire
3528 Brisban Street
Harrisburg, PA   17111

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee