UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUNG TRUNG DUONG d/b/a D-NAILS | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DUNG TRUNG DUONG d/b/a D-NAILS | : | CASE NO. 5-19-bk-04203-RNO |
| Respondent | : | OBJECTION TO EXEMPTIONS |

<u>ORDER</u>

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.