UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DUNG TRUNG DUONG d/b/a<br>D-NAILS<br>    Debtor | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>: |
| vs. | : |
| DUNG TRUNG DUONG d/b/a<br>D-NAILS<br>    Respondent | :<br>:<br>: CASE NO. 1-19-bk-04382-HWV |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, this 19th day of December 2019, comes Charles J. DeHart, I, Standing Chapter 13 Trustee by and through his attorney James K. Jones, and moves this Honorable Court for dismissal of the above case for the following reasons:

1. Debtor filed the instant case on October 9, 2019.

2. The Debtor is engaged in the business of owning a nail shop.

3. At the meeting of creditors, Trustee requested verification of certain information including liability insurance by way of a Business Debtor Examination Report.

4. Debtor has unreasonably delayed in forwarding the required information to the Trustee, therefore, the Trustee has been unable to properly administer and protect the estate to date, which is prejudicial to creditors in that if during the course of the plan, the Debtor is found liable for an injury to employees or other injured parties, and it is found Debtor is not insured to cover the loss, the business will be adversely affected which will adversely affect the creditors who stand to receive payment if the plan is completed as proposed.

5. The continued operation of the Debtor's business without verification of said information, including proper insurance, threatens the health and safety of Debtor's employees and the public to the extent that the Debtor is unable to compensate the injured parties.

6. Having insurance for liabilities will preserve the estate for the benefit of creditors if the case is converted to Chapter 7.

WHEREFORE, your Trustee respectfully requests this Honorable Court to require Debtor provide the required information to the Trustee by way of the Business Debtor Certification and to be insured for business liability and worker's compensation, or the case should be dismissed.

                                          Respectfully submitted,

                                          Charles J. DeHart, III
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive - Ste. A
                                          Hummelstown, PA   17036
                                          717-566-6097

BY:    /s/ James K. Jones
            Attorney for Trustee

# CERTIFICATION OF SERVICE

AND NOW, this 19th day of December 2019, I, Amy S. Powell, hereby certify that I served a copy of the Trustee's Motion to Dismiss either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

Charles E. Petrie, Esquire
3528 Brisban Street
Harrisburg, PA   17111


Dung Trung Duong dba
D-Nails
4226 Prosperous Drive
Harrisburg, PA   17112


/s/ Amy S. Powell
Paralegal to Charles J. DeHart, III
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUNG TRUNG DUONG d/b/a : CHAPTER 13
      D-NAILS :
         Debtor :
: CASE NO. 1-19-bk-04382-HWV
:
: MOTION TO DISMISS CASE

## NOTICE TO PARTIES

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss Case.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Building<br>228 Walnut Street, Room 320<br>Harrisburg, PA 17108 | Date: January 22, 2020<br><br>Time: 9:30 AM |
|---|---|
| | |

Any objection/response to the above referenced matter must be filed and served on or before: **January 2, 2020.**

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                                      Charles J. DeHart, III
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone: (717) 566-6097
                                      Fax: (717) 566-8313
Dated: December 19, 2019          E-Mail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUNG TRUNG DUONG d/b/a : CHAPTER 13
D-NAILS :
   Debtor :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
   vs. :
:
DUNG TRUNG DUONG d/b/a : CAE NO. 1-19-bk-04382-HWV
D-NAILS :
   Respondent : MOTION TO DISMISS

## ORDER

Upon consideration of the Trustee's Motion to Dismiss,

IT IS HEREBY ORDERED that the above-captioned bankruptcy is dismissed.