UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| DUNG TRUNG DUONG | : CHAPTER 13 |
| d/b/a D-NAILS | : |
| Debtor | : CASE NO.: 1-19-04382 |
| | : |
| | : |
| CHARLES J. DEHART, III | : |
| STANDING CHAPTER XIII TRUSTEE | : |
| Movant | : |
| vs. | : |
| DUNG TRUNG DUONG | : |
| d/b/a D-NAILS | : |
| Respondent | : |

_____

## ANSWER TO TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED EXEMPTIONS

NOW COMES the Debtor, DUNG TRUNG DUONG, d/b/a D-NAILS, by and through his attorney, Charles E. Petrie, and respectfully answers as follows:

1. Admitted in Part and Denied in Part. Trustee filed an objection to Debtor's Amended Exemptions filed on December 3, 2019. Debtor filed a second Amended Exemptions on December 19, 2019.

WHEREFORE, Debtor respectfully requests that Your Honorable Court dismiss Trustee's Objection to Debtor's Amended Exemptions.

/s/ Charles E. Petrie
CHARLES E. PETRIE
3528 Brisban Street
Harrisburg, Pennsylvania 17111
(717) 561-1939
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| DUNG TRUNG DUONG | : CHAPTER 13 |
| d/b/a D-NAILS | : |
|        Debtor | : CASE NO.: 1-19-04382 |
| | : |
| CHARLES J. DEHART, III | : |
| STANDING CHAPTER XIII TRUSTEE | : |
|        Movant | : |
|   vs. | : |
| DUNG TRUNG DUONG | : |
| d/b/a D-NAILS | : |
|        Respondent | : |

_____

## CERTIFICATE OF SERVICE

I, CHARLES E. PETRIE, ESQUIRE, do hereby certify that on this date, I served a true and correct copy of the within Answer, in the above-captioned matter upon the following individual(s), by United States first-class mail, postage prepaid, or by electronic means addressed as follows:

CHARLES J. DEHART, III,
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

DATE: January 6, 2020

/s/ Charles E. Petrie
CHARLES E. PETRIE
3528 Brisban Street
Harrisburg, PA 17111
(717) 561-1939
Attorney for Debtor
ID# 29029