UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUNG TRUNG DUONG d/b/a<br>D-NAILS<br>　　Debtor | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　Movant | : | |
| vs. | : | |
| DUNG TRUNG DUONG d/b/a<br>D-NAILS<br>　　Respondent | : | CASE NO. 1-19-bk-04382 |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

AND NOW, this 13th day of January, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Motion to Dismiss filed on or about December 19, 2019 be withdrawn, as all issues have been resolved.

　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 13th day of January, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Petrie, Esquire
3528 Brisban Street
Harrisburg, PA 17111

　　　　　　　　　　　　　　/s/Deborah A. Behney
　　　　　　　　　　　　　　Office of Charles J. DeHart, III
　　　　　　　　　　　　　　Standing Chapter 13 Trustee23