UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUNG TRUNG DUONG : CHAPTER 13
     Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
:
     vs. :
:
DUNG TRUNG DUONG :
     Respondent(s) : CASE NO. 1-19-bk-04382

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 12th day of March, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J. (Monthly Net Income is $1,357.13 – no plan payments to date.)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                          Respectfully submitted:

                                          Charles J. DeHart, III
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          (717) 566-6097

          BY:                /s/James K. Jones
                          Attorney for Trustee

## CERTIFICATE OF SERVICE

    AND NOW, this   12th   day of March, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Petrie, Esquire
3528 Brisban Street
Harrisburg, PA   17111

                   /s/Deborah A. Behney
                   Office of Charles J. DeHart, III
                   Standing Chapter 13 Trustee