In re:                                                          Case No. 19-04382-HWV
Dung Trung Duong                                                Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Apr 23, 2020
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
5303509      +LG FUNDING LLC,   GENE W ROSEN ESQ,   147-10 77TH AVENUE,   KEW GARDENS HILLS, NY 11367-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          Charles E. Petrie    on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Jenna Anne Ratica   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
           jratica@attorneygeneral.gov,  ARC-Court-MiddleDistrict@attorneygeneral.gov
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
DUNG TRUNG DUONG                          : CHAPTER XIII
                    Debtor               :
                                          :
DUNG TRUNG DUONG                          : CASE NO.:  1-19-04382
                    Objectant             :
          vs.                             :
LG FUNDING LLC                            :
                    Claimant              :

## **ORDER**

AND NOW, at Harrisburg, Pennsylvania, in said District, upon
consideration of the Debtor's Objection to Claim No. 9 of LG FUNDING
LLC, and following Notice to Claimant Regarding Filing of Objection to
Claim and allowing an opportunity to respond, no response having been
filed, IT IS HEREBY ORDERED that Claim No. 9 of LG FUNDING LLC
shall be disallowed and dismissed.


Dated:  April 22, 2020            By the Court,

                                  _____
                                  Henry W. Van Eck, Chief Bankruptcy Judge (JH)