```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04382-HWV
Dung Trung Duong                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: May 13, 2020
                              Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
        +Trang T Pham,   4226 Prosperous Drive,   Harrisburg, PA 17112-6000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
        Charles E. Petrie   on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        Jenna Anne Ratica    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue jratica@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dung Trung Duong dba D-Nails<br>　　　　　　　Debtor | CHAPTER 13 |
| M&T Bank<br>　　　　　　　Movant<br>vs. | NO. 19-04382 HWV |
| Dung Trung Duong dba D-Nails<br>　　　　　　　Debtor | |
| Trang T. Pham<br>Charles J. DeHart, III, Esquire<br>　　　　　　　Additional Respondents | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: May 13, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)