United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dung Trung Duong  
    Debtor(s)

Case No. 19-04382-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 15, 2020     Form ID: ordsmiss     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dung Trung Duong, 4226 Prosperous Drive, Harrisburg, PA 17112-6000 |
| cr |  | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5270079 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5267128 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 5257159 | + | EBF PARTNERS, LLC, ARIEL BOUSKILA ESQ, 40 EXCHANGE PL STE 1306, NEW YORK, NY 10005-2743 |
| 5257160 | + | HIGH SPEED CAPITAL LLC, 30 BROAD STREET, 14TH FL STE 1462, NEW YORK, NY 10004-2304 |
| 5257162 |  | ITRIA VENTURES LLC, RAYMOND WENDOLOWSKI JR, STE 2200 GULF TOWER, PITTSBURGH, PA 15219 |
| 5257163 | + | KML LAW GROUP OC, STE 5000 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5257164 | + | LG FUNDING LLC, GENE W ROSEN ESQ, 147-10 77TH AVENUE, KEW GARDENS HILLS, NY 11367-3124 |
| 5257165 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 5257166 |  | M&T BANK, PO BOX 9000, MILLSBORO, DE 19966 |
| 5303512 | + | MELANIE SILVER, 3956 CHESTNUT STREET, HARRISBURG, PA 17109-2223 |
| 5257167 | + | MICHAEL & TU ANH NGUYEN, JOSEPH QUINONES ESQ, 112 MARKET ST 6TH FLOOR, HARRISBURG, PA 17101-2015 |
| 5257169 | + | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222-4747 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5257156 |  | EDI: BANKAMER.COM | Oct 15 2020 23:08:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 5280882 | + | Email/Text: bkdept@cancapital.com | Oct 15 2020 19:17:00 | CAN Capital, Inc., 2015 Vaughn RD Bldg. 500, Kennesaw, GA 30144-7831 |
| 5257157 | + | EDI: CITICORP.COM | Oct 15 2020 23:08:00 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5258842 |  | EDI: DISCOVER.COM | Oct 15 2020 23:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5257158 | + | EDI: DISCOVER.COM | Oct 15 2020 23:08:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5259631 |  | EDI: AIS.COM | Oct 15 2020 23:08:00 | First Data Global Leasing, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5257161 |  | EDI: IRS.COM | Oct 15 2020 23:08:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5283958 |  | Email/Text: camanagement@mtb.com | Oct 15 2020 19:17:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5257168 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2020 19:17:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5265936 | + | Email/Text: colleen.atkinson@rmscollect.com | Oct 15 2020 19:18:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |

| | | | | |
|---|---|---|---|---|
| 5257170 | + | Email/Text: colleen.atkinson@rmscollect.com | Oct 15 2020 19:18:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | COMMONWEALTH OF PA - UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS ST, ROOM 925, HARRISBURG, PA 17121-0751 |
| 5303500 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 5303501 | *+ | CAN CAPITAL INC, 2015 VAUGHN RD BLDG 500, KENNESAW, GA 30144-7831 |
| 5303502 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5303503 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5303504 | *+ | EBF PARTNERS, LLC, ARIEL BOUSKILA ESQ, 40 EXCHANGE PL STE 1306, NEW YORK, NY 10005-2743 |
| 5303505 | *+ | HIGH SPEED CAPITAL LLC, 30 BROAD STREET, 14TH FL STE 1462, NEW YORK, NY 10004-2304 |
| 5303506 | * | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5303507 | * | ITRIA VENTURES LLC, RAYMOND WENDOLOWSKI JR, STE 2200 GULF TOWER, PITTSBURGH, PA 15219 |
| 5303508 | *+ | KML LAW GROUP OC, STE 5000 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5303509 | *+ | LG FUNDING LLC, GENE W ROSEN ESQ, 147-10 77TH AVENUE, KEW GARDENS HILLS, NY 11367-3124 |
| 5303510 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 5303511 | * | M&T BANK, PO BOX 9000, MILLSBORO, DE 19966 |
| 5303513 | *+ | MICHAEL & TU ANH NGUYEN, JOSEPH QUINONES ESQ, 112 MARKET ST 6TH FLOOR, HARRISBURG, PA 17101-2015 |
| 5303514 | * | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5303515 | *+ | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222-4747 |
| 5303516 | *+ | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles E. Petrie | on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Jenna Anne Ratica | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov, |

        ARC-Court-MiddleDistrict@attorneygeneral.gov

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dung Trung Duong, dba D−Nails, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−04382−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 15, 2020

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)